UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL A. LOPEZ, on behalf of
himself and all others similarly situated,

    Plaintiff,

CASE NO.: 0:18-cv-61844-WPD

v.

PROGRESSIVE SELECT
INSURANCE CO.,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW MOTION FOR CLASS CERTIFICATION

THIS CAUSE is before the Court upon the Plaintiff's Unopposed Motion to Withdraw Class Certification Motion [DE 69]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 69] is hereby **GRANTED.** Plaintiff's current Motion to Certify Class [DE 67] is **DENIED as moot** as Plaintiff has withdrawn the motion. Plaintiff has until **August 2, 2019** to file a new motion for class certification

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of July, 2019.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record