IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:18-cv-61844-WPD

MICHAEL A. LOPEZ, on behalf of
himself and all others similarly situated,

        Plaintiff,

v.

PROGRESSIVE SELECT
INSURANCE CO.,

        Defendant.
_____/

## ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE CLASS CERTIFICATION MOTION AND CERTAIN EXHIBITS UNDER SEAL

THIS MATTER is before the Court upon Plaintiff's motion for leave to file an un-redacted version of his class certification motion [DE 72] and un-redacted versions of certain accompanying exhibits [DEs 72-2, 72-8, 72-10, & 72-11] under seal.  The Court, having reviewed the Motion and being advised fully in the premises, hereby **ORDERS and ADJUDGES** as follows:

IT IS ORDERED that the Motion [DE 72] is **GRANTED**. Plaintiff is granted leave to file an un-redacted version of his class certification motion[DE 72] and un-redacted versions of certain accompanying exhibits [DEs 72-2, 72-8, 72-10, & 72-11] under seal. This seal will last until further order from the Court.

**DONE and ORDERED** in Chambers, at Ft. Lauderdale, Florida, this 6th day of August, 2019.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record