# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

FILED BY ____AP____ D.C.

**Aug 23, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

For rules and forms visit
www.ca11.uscourts.gov

August 23, 2019

Jeffrey S. Cashdan
King & Spalding, LLP
1180 PEACHTREE ST NE STE 1600
ATLANTA, GA 30309

Appeal Number: 19-90007-Q
Case Style: Progressive Select Insurance v. Michael Lopez
District Court Docket No: 0:18-cv-61844-WPD

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

GENERAL DOCKET NUMBER: 19-13251 QQ

Enclosed is the court's order granting permission to appeal pursuant to the Class Action Fairness Act of 2005. Pursuant to this order this case has been docketed under the general docket number shown above which should be used in all future correspondence and filings instead of the previously assigned number. **The parties are cautioned to pay close attention to the strict deadlines established in the court's order**.

Appellant must pay to the DISTRICT COURT clerk the docketing and filing fees, with notice to this office within seven (7) days from the date of the attached order.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: CaCelia Williams, Q
Phone #: (404) 335-6190

Enclosure(s)

DKT-11 CAFA Granted

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

_____

No. 19-90007-Q
_____

PROGRESSIVE SELECT INSURANCE COMPANY,

Petitioner,

versus

MICHAEL A. LOPEZ,

Respondent.

---------------------------

On Petition for Permission to Appeal from the United States
District Court for Southern District of Florida

---------------------------

BEFORE: WILSON, NEWSOM and BRANCH, Circuit Judges.

BY THE COURT:

The petition for permission to appeal pursuant to the Class Action Fairness Act of 2005 ("CAFA"), Pub.L. 109-2, 119 Stat. 4 (2005), is GRANTED. The date of this order is **August 23, 2019**.

Petitioner is directed to pay the appellate filing and docketing fees to the district court within seven (7) days of the date this order.

If any transcripts are required, they should be ordered on an expedited basis and must be filed by the court reporter within twenty-one (21) days from the date of this order. No extensions to file the transcripts will be granted. Briefing of the appeal will not wait for the filing of any transcripts.

Petitioner's brief and appendix shall be due **September 10, 2019**. Respondent's brief and appendix, if any, shall be due **September 20, 2019**. Petitioner's reply brief, if any, shall be due **September 27, 2019**.

Immediately upon receipt of Respondent's brief, Petitioner shall notify the Clerk's Office if Petitioner does not intend to file a reply brief. Due to the constraints imposed by 28 U.S.C. § 1453(c)(2), no request for extensions of time for the filing of any brief will be granted.

The parties are to ensure that the requisite paper copies of their briefs and appendices are received by the Clerk's Office in Atlanta no later than three (3) days after their briefs and appendices are electronically filed with this Court via CM/ECF.

The District Court Clerk is directed to notify this Court's Clerk's Office when it has entered its certification pursuant to Fed.R.App.P. 11(c) that the record is complete for purposes of the appeal and should do so promptly.

If the Court determines to hear oral argument in the appeal, oral argument will be held no later than **October 11, 2019**. In that event, the parties will be notified by separate order of the date, time and location for oral argument.

If Petitioner fails to either pay the appellate filing and docketing fees or to file Petitioner's initial brief and appendix within the time set forth in this Order, the Clerk of this Court is directed to dismiss the appeal for want of prosecution forthwith.