IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MICHAEL A. LOPEZ, on behalf of
himself and all others similarly situated,

Plaintiff,

v.                                                  CASE NO.: 0:18-cv-61844-WPD

PROGRESSIVE SELECT
INSURANCE CO.,

Defendant.
_____/

**JOINT MOTION FOR ENTRY OF STIPULATED SCHEDULE
REGARDING EXPERT WITNESSES**

Michael A. Lopez and Progressive Select Insurance Company (the "Parties") stipulate and jointly move the Court to enter the below schedule regarding expert witnesses and briefing Progressive Select's forthcoming summary judgment motion. The Parties agree that the stipulated schedule will govern disclosure of expert witnesses in this case by supplementing Federal Rule of Civil Procedure 26, Local Rule 7.1, and the Court's pretrial schedule (*see* Doc. 27 ¶ 3). The Parties state:

1. The Court entered its order setting case deadlines on October 31, 2018. Doc. 27.

2. The order does not contain deadlines governing expert witnesses. *Id*. ¶ 3.

3. Federal Rule of Civil Procedure 26 permits stipulations or Court orders to alter the deadline for disclosing expert witnesses. Fed. R. Civ. P. 26(a)(2)(D).

4. The Parties agree that expert disclosures should be made on or before November 1, 2019.

5. The Parties agree to promptly provide rebuttal reports, if necessary, following the disclosure date and to work in good faith to schedule depositions in a timely manner.

6. The Parties, therefore, ask the Court to enter the following stipulated schedule to govern disclosure, rebuttal, and depositions of expert witnesses:

| | |
|---|---|
| **Parties' disclosure of expert witnesses:** | November 1, 2019 |
| **Rebuttal Reports of Expert Witnesses:** | November 29, 2019 |
| **Depositions of Expert Witnesses to be Completed by:** | December 20, 2019 |

7.  Upon receipt of any summary judgment motions and expert reports, the parties agree to meet and confer further regarding an appropriate schedule for summary judgment responses and replies.

*[Signatures on following page]*

Respectfully submitted this 29th day of October 2019.

| | |
|---|---|
| */s/Mark S. Fistos* | */s/ Bryan T. West* |
| Edward H. Zebersky, Esq. (FBN: 0908370) | Marcy Levine Aldrich (FBN 0968447) |
| Mark S. Fistos, Esq. (FBN: 909191) | Bryan T. West (FBN 83526) |
| ZEBERSKY PAYNE, LLP | **AKERMAN LLP** |
| 110 S.E. 6th Street, Suite 2150 | Three Brickell City Centre |
| Ft. Lauderdale, Florida 33301 | 98 Southeast Seventh Street |
| Tel.: (954) 989-6333 | Miami, Florida 33131 |
| Fax: (954) 989-7781 | Telephone: 305-374-5600 |
| ezebersky@zpllp.com | Telefax: 305-374-5095 |
| mfistos@zpllp.com | marcy.aldrich@akerman.com |
| | bryan.west@akerman.com |
| Alec Schultz, Esq. (FBN: 35022) | |
| Carly A. Kligler, Esq. (FBN: 83980) | Jeffrey S. Cashdan |
| LEÓN COSGROVE, LLP | (*pro hac vice* granted) |
| 255 Alhambra Circle, Suite 800 | Zachary A. McEntyre |
| Coral Gables, Florida 33134 | (*pro hac vice* granted) |
| Tel.: (305) 740-1975 | J. Matthew Brigman |
| Fax: (305) 437-8158 | (*pro hac vice* granted) |
| aschultz@leoncosgrove.com | **KING & SPALDING LLP** |
| ckligler@leoncosgrove.com | 1180 Peachtree Street N.E. |
| | Atlanta, Georgia 30309 |
| Scott Jeeves | Tel: (404) 572-4600 |
| JEEVES LAW GROUP | Fax: (404) 572-5100 |
| 954 1st Avenue North | jcashdan@kslaw.com |
| Saint Petersburg, Florida 33705 | zmcentyre@kslaw.com |
| Tel.: (727) 894-1499 | jbarrett@kslaw.com |
| Fax: (727) 822-1499 | mbrigman@kslaw.com |
| sjeeves@jeeveslawgroup.com | |
| | Julia C. Barrett |
| | (*pro hac vice* granted) |
| *Counsel for Michael A. Lopez* | **KING & SPALDING LLP** |
| | 500 W. 2nd Street |
| | Austin, Texas 78701 |
| | Tel: (512) 457-2000 |
| | Fax: (512) 457-2100 |
| | jbarrett@kslaw.com |
| | |
| | *Counsel for Progressive Select Insurance Co.* |

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was filed through the CM/ECF system and served through the CM/ECF system this October 29, 2019.

>  */s/  Bryan T. West*
>  Attorney