UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 0:18-cv-61844-WPD**

MICHAEL A. LOPEZ, on behalf of
himself and all others similarly situated
,

    Plaintiff,
v.

PROGRESSIVE SELECT
INSURANCE CO.,

    Defendant.
_____ /

MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was scheduled for December 3, 2019, all of the parties or their representatives were present, either in person or by telephone and the matter was adjourned for further discussions.

    Respectfully Submitted,

    LICHTER LAW FIRM
    2999 NE 191st, Suite 330
    Aventura, FL 33180
    (305) 356-7555

    By: /s/ David Lichter, Esq.
        David H. Lichter, Esq.,
        *Mediator*

*Case No: 18-cv-61844-WPD*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 6, 2019, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

| | |
|---|---|
| *Via Email:  ezebersky@zpllp.com; mfistos@zpllp.com* | *Via Email: mbrigman@kslaw.com; jcashdan@kslaw.com; zmcentyre@kslaw.com* |
| Edward H. Zebersky, Esq.<br>Mark S. Fistos, Esq.<br>ZEBERSKY PAYNE, LLP<br>110 S.E. 6th Street, Suite 2150<br>Ft. Lauderdale, FL 33301<br><br>*Counsel for Plaintiff* | J. Matthew Brigman, Esq.<br>Jeffrey S. Cashdan, Esq.<br>Zachary A. McEntrye, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309<br><br>*Counsel for Defendant* |

        /s/ David Lichter, Esq.
        David H. Lichter, Esq.
        Florida Bar No. 359122