**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:18-cv-61844-WPD

JONATHAN MORGAN, on behalf of
himself and all others similarly situated,

 Plaintiff,

v.

PROGRESSIVE SELECT
INSURANCE CO.,

 Defendant.
_____/

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE CAPTION**

THIS CAUSE comes before the Court on Plaintiff Jonathan Morgan's Unopposed Motion to Amend Case Caption [DE 146] ("Motion"). The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

1. Plaintiff Jonathan Morgan's Unopposed Motion to Amend Case Caption is **GRANTED**.

2. The Clerk of Court shall change the case caption to the following: *Jonathan Morgan, on behalf of himself and all others similarly situated, v. Progressive Select Insurance Co.*

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 17th day of April, 2020.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record