**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:18-cv-61844-WPD

JONATHAN MORGAN, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

PROGRESSIVE SELECT
INSURANCE CO.,

    Defendant.
_____/

**ORDER ON STATUS REPORT SEEKING VOLUNTARY DISMISSAL**

THIS CAUSE is before the Court upon Plaintiff's Status Report by Pro Se Plaintiff Michael Lopez (the "Notice") [DE 149], filed herein on April 27, 2020. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

In approving the intervention of Plaintiff Jonathan Morgan, the Court noted that Plaintiff Lopez had averred that he no longer intended to represent the proposed class's interests and preferred to settle his individual claim. The Court required Plaintiff Lopez to file a status report stating whether he intended to pursue his individual claims. Plaintiff now confirms that he does not wish to pursue his individual claims.

The Court will consider Plaintiff Lopez's report a motion to dismiss his individual claims under Federal Rule of Civil Procedure 41(a)(2).

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant shall respond to Plaintiff Lopez's status report or show cause why Plaintiff Lopez's individual claims should not be dismissed on or before **May 11, 2020**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 1st day of May, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record