## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-61844-WPD

JONATHAN MORGAN, on behalf of
himself and all others similarly situated,

      Plaintiff,

v.

PROGRESSIVE SELECT
INSURANCE CO.,

      Defendant.

_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff Michael Lopez's Status Report by *Pro Se* Plaintiff Michael Lopez (the "Status Report") [DE 149], filed herein on April 27, 2020. The Court has carefully reviewed the Status Report and Defendant's Response thereto and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff Michael Lopez's claims are **DISMISSED**. This case remains open and pending as to Plaintiff Jonathan Morgan's claims on behalf of himself and all others similarly situated.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 12th day of May, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record