# EXHIBIT C

(To be filed under separate docket entry)