# EXHIBIT G

(Deposition of Corporate Representative Jason Peters
to be filed under Seal under ECF No. 55)