# EXHIBIT K

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE

**MICHAEL A. LOPEZ, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,**

    **Plaintiff,**

**vs.**           **CASE NO. 0:18-CV-61844-WPD**

**PROGRESSIVE SELECT INSURANCE COMPANY,**

    **Defendant.**

**Expert Report of
Edward M. Stockton, M.S.**



**3509 N. Campbell Avenue
Tucson, Arizona 85719
(520) 325-9800  Fax (520) 325-9847**

**November 2019**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE

MICHAEL A. LOPEZ, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

vs.                                          CASE NO. 0:18-CV-61844-WPD

PROGRESSIVE SELECT INSURANCE COMPANY,

Defendant.

<b>Expert Report of Edward M. Stockton</b>

**Introduction**

1.      My name is Edward M Stockton.  I am the Vice President and Director of Economics Services of The Fontana Group, Inc. ("Fontana"), a consulting firm located at 3509 North Campbell Avenue, Tucson, Arizona 85719.  I also serve on the Board of Directors of Fontana and its parent company, Mathtech, Inc.  Fontana provides economic consulting services and expert testimony regarding the retail motor vehicle industry and other industries throughout the United States and Canada.

2.      Named Plaintiff, individually and on behalf of similarly situation individuals ("Plaintiffs"), seeks damages for losses to consumers of Progressive Select Insurance Company ("Progressive") whom Progressive allegedly compelled to surrender the title to their vehicles as a condition of receiving payment of pre-accident Actual Cash Value ("ACV") after the vehicle had been deemed a "total loss," and subsequently salvaged. Damages in this matter are equal to the net proceeds that Plaintiffs would have received for their totaled vehicles, less the fees necessary to list these vehicles at auction.  As described in the body of the report, this amount can be reliable

estimated based on the amount of money that the totaled vehicles actually captured at auction sale, less the $85 per-vehicle fee necessary to sell the vehicles at the auction.

3. Plaintiffs allege the following, which I have been asked to assume to be true for purposes of this Report: Defendant, Progressive, forced policyholders to turn over the title to their vehicle in exchange for receiving the pre-wreckage ACV of their salvaged vehicles. The agreed-upon contract between the policyholders and Progressive does not provide Progressive with the authority to condition payment of ACV of the insured vehicles upon surrender of the title. Additionally, counsel asked me to assume that Fair Market Value ("FMV") is the appropriate value for Plaintiffs' salvaged vehicles. The post-accident FMV is separate and distinct from the pre-accident ACV.

4. Counsel for Lopez ("Counsel") posed the following questions to me: a) Whether, assuming the alleged statements of fact and law are correct, reasonable and sound methods exist to estimate damages suffered by consumers; b) Whether estimation of damages using above methods are feasible on a class-wide basis; c) Whether above methods require individual inquiry, and; d) Whether reasonable allocation methods exist to divide class-wide damages or settlement to individual consumers.

**Qualifications**

5. My experience, and that of Fontana, are suited to the subject matter of this action. Fontana has extensive experience analyzing many aspects of the retail automotive industry, including extensive study of used vehicle markets and used vehicle pricing. Fontana has served as the primary economic expert for several economic loss class cases, including *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability*

*Litigation*,[1] which involved allegations of safety defects rendering vehicles subject to unintended acceleration; several cases related to *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*[2] in the United States; and several actions related to the Volkswagen Clean Diesel fraud in Canada.[3]  Fontana personnel have studied vehicle values and pricing behavior for literally millions of used vehicles.

      6.     Fontana consultants have also served as experts in many other class action and mass action matters involving the calculation of economic damages in both the United States and Canada, both within and outside of the automotive industry.  These matters include actions relating to the sale of vehicles equipped with allegedly defective and dangerous airbags manufactured by Takata[4] and an action on behalf of consumers affected by certain allegedly unlawful conduct by Wells Fargo relating to that bank's "false accounts" scandal.[5]  In the Wells Fargo matter, my colleague, Dr. Sanford Weisberg, and I developed a method for calculating damages and allocating settlement proceeds among claimants based on a credit impact model that estimated individualized impact upon consumer borrowing costs from Wells Fargo's allegedly unauthorized activity.  The United States District Court for the Northern District of California approved our proposed model in granting final approval of a class action settlement.

      7.     More information regarding my personal qualifications and experience is described in my C.V., which appears as **Tab 1** to this report.  A list of my prior testimony in the last four years and a list of all publications that I authored in the previous 10 years appear in **Tab 2.**

---

[1] No. 8:10ML2151 JVS (FMOx) (C.D. Cal.).

[2] MDL No. 2672 CRB (JSC) (N.D. Cal.).

[3] Court File Nos.: CV-15-537029-00CP [Ontario] and 500-06-000761-151 [Quebec].

[4] Court File No.: CV-16-543833-00CP *et al.*

[5] *Jabbari v. Wells Fargo & Co.*, No. 15-cv-02159-VC (N.D. Cal.).

**Background**

8.     Progressive utilizes a multitude of data points to evaluate a policy holder's claim, and subsequently assign an estimated ACV to estimate the pre-wreck value salvaged vehicle. Plaintiffs have not asked me to analyze Progressive's determination of ACV.   The data file provided by Progressive in this matter includes a subset of the data related to all total loss claims made by policy holders. Specifically, the contents of the file include the ███████████████ ███████████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████████████████████ ████████████ The variable of interest to the questions posed by counsel are the gross █████ amount recovered. The data points of interest within these variables are those consumers who did not retain title of their totaled vehicles.

9.     Plaintiffs allege that Progressive compelled them to turn over the title to their vehicles in exchange for Progressive's payment of pre-wreck ACV for the totaled vehicles. In turning over the title to Progressive, policy holders transfer any remaining value the title holds to Progressive. Plaintiffs allege that their contract with Progressive does not require that they turn over their title to Progressive in exchange for the ACV payment. Plaintiffs in this case seek to recover compensation for having transferred the title of their vehicle to Progressive when the language of the contract did not stipulate to the transfer of the benefits ownership. I have been advised that FMV of the totaled vehicle, less an auction fee, is an appropriate standard for identifying the compensation to which Plaintiffs are entitled.

**Summary of Opinions:**

10.     Assuming Plaintiffs' liability theory to be true, Progressive's compulsion of customers to surrender title for their totaled vehicles deprived class members of $███████ in net proceeds for their totaled vehicles. After adjustment for pre-judgment time value of money, this figure is equal to $███████ as of January 1, 2020. **Tab 3** displays data subtotals by ██████, which includes proceeds adjusted and not adjusted for pre-judgment time value of money, mean and median. The final page of the tab shows the pre-judgment time value of money adjustment factor. **Tab 4** displays the decision rules followed to reach these figures. The sources of all figures are the Policy Information Data file, produced in this litigation, and a document showing Current Judgment Interest Rates, dated October 30, 2019. The body of this documents describes the bases for these opinions.

**Bases For Opinions:**

11.     FMV is defined as "the value that would be realized in a transaction between a buyer and a seller, each being fully informed of the relevant facts, and neither under compulsion to pursue the transaction … having a willing buyer and seller means that the transaction is an arm's-length transaction."[6] The Internal Revenue Service ("IRS") specifies that the selling price is a proper measure of the property's value if the following criteria are met: a) The sale occurred in proximity to the valuation date, and was done so in an open market; b) The transaction took place at arm's-length; c) Both the buyer and seller were informed on the property's relevant facts; d) Neither party was compelled to act, and; e) The market for the property remained constant between

---

[6] Gaughan, Patrick A. *Measuring Business Interruption Losses and Other Commercial Damages, 2nd Ed.* John Wiley & Sons, 2009.

the dates of sale and valuation.[7]

12.     A condition that all participants face when selling vehicles with Insurance Auto Auctions, Inc. ("IAA"), is the fulfillment of the Consignment Flat Fee of $85.[8] Deducting the Consignment Flat Fee from the vehicle's clearing price (███████ gross recovered amount) results in the Net IAA Return, which is the FMV of the salvaged vehicle determined at auction. An "acceptable measure of FMV" for vehicles, according to the IRS, is a price that is "not in excess of the price listed in a used vehicle pricing guide for a private party sale." Listed prices for private party sales are dissimilar from the market for sales of salvage vehicles at auction.  Overall auction proceeds are not in conflict with this regulation.

13.     In preparation for bidding at auction, IAA in its Auction Rules, encourages prospective buyers to conduct their own due diligence prior to the formulation of their bids. Due diligence includes reviewing all of the disclosed information, and "carefully inspecting" the vehicle.[9] When considering the purchase of a vehicle, an initial step of the due diligence process is the gathering of pricing data from readily available published pricing guides. Thus, bids made for vehicles at auction are not made blindly but are rather based on informed perceptions of the vehicles remaining value. Participants of auctions, which are sufficient in number, are limited to members who have met the auction's stipulated criteria to engage in the transaction of automobiles at auction. The considerations of auction buyers inherently reflect the repurposing expectations for vehicles, e.g., repair, restoration, parts, use, sale, or export, which tends to create economic efficiency in the market, since the highest bidder would generally reflect an expectation of the

---

[7] *Determining the Value of Donated Property*. www.irs.gov/pub/irs-pdf/p561.pdf.
[8] BATES PGR/LOPEZ_0001083

[9] "Auction Rules." *IAA*, www.iaai.com/AuctionRules.

highest and the budget constrained best use for the vehicle. In other words, with multiple parties engaged in the bidding process, the clearing price signals the maximum value, or perceived utility, associated with the vehicle purchased at auction.

14. After a period of open inspection, prospective buyers engage in a series of competing bids to secure the title of the vehicle. IRS guidelines for determining FMV, identify the time lapse observed between the initial valuation period and the arm's-length offer, as providing further credence to the clearing price being equal to the FMV. In the case of an auction, the time lapse oftentimes occurs within a single day.

**Opinions**

15. Given the fact that a.) auctions are held frequently in a variety of localities across the country, b.) the multiple participants are not compelled to either place bids (buyers), or accept them (sellers), c.) the information relating to the vehicles is symmetrical, d.) the bid that reveals the maximum utility is the clearing price, and e.) the rules developed by the auction are designed to eliminate the possibility of cooperative behavior, the clearing price less the Consignment Flat Fee is an accurate measure of FMV.

16. Economic damages in this matter are bound to the contract to which the policy holder and Progressive agree. If FMV is owed to policy holders for salvaged vehicles, then the awarded amount that will provide reasonable compensation to the plaintiffs is the FMV of their vehicle identified at auction. In this matter, FMV is equal to the Net IAA Return, which is the clearing price less the $85 Consignment Flat Fee. Damages as described, represent a reasonable and accurate estimate of the true damages to consumers, and do so on a class-wide basis.

17. While in a strictly semantic and hyper-technical sense, in which a single transaction may be categorized as specific (not hypothetical) and not that vehicle's FMV, the auction fulfills

the conditions necessary to generate an FMV price.  In other words, auction conditions are consistent with FMV conditions for the sales of totaled vehicles. An automotive auction is a regularly reoccurring local venue for the transference of title at an arm's-length between a sufficient number of buyers and sellers with relatively symmetric information who are under no compulsion to transact. The data in this matter negates need for individual inquiry. While some question whether a specific sale is FMV for the vehicle, the conditions that lead to that sale are the same conditions that generate FMV prices, and the aggregate of auction sales make the FMV estimate reasonable for the class. Individual values make a reasonable allocation basis for overall damages.

**Other**

18.    Some may question whether the compensation that plaintiffs seek is a "windfall gain." Ultimately this is a legal question. If Progressive drafted a contract that did not explicitly mandate the transfer of title, but Progressive had intended to include such a requirement, this is an issue with the contracts design, and is beyond the scope of this report.

**Compensation**

19.    For time spent working on this matter, Plaintiffs compensate my employer at the rate of $445 per hour.  Travel time is subject to a 50% discount.  Time spent in testimony is subject to a one-third premium.  Plaintiffs compensate my employer at scheduled rates between $75 and $185 per hour for work performed by staff members.  My colleague, Colin Moore has assisted me in the preparation of this report.

**Data/Documents Reviewed in Forming Opinions**

20.    This document and attached exhibits describe data sources reviewed or relied upon in forming my opinions.  I provide a list of these data sources in **Tab 5**.  I have also spoken to Carl

Woodward, an automotive CPA from Bloomington Illinois, with extensive auction experience and Coy Hutchcraft, an active auto buyer from Illinois, regarding inspection periods at salvage vehicle auctions.  These conversations provided background information relating to auctions and did not inform my opinions on proceeds.

Executed this 1st day of November 2019

_Edward M. Stockton_

Edward M. Stockton

# EDWARD M. STOCKTON

## EDUCATION

University of Arizona, Tucson, AZ
M.S., Agriculture and Resource Economics (Applied Econometrics), 2010.
Western Michigan University, Kalamazoo, MI
B.A., Economics, 1998

## POSITIONS

The Fontana Group, Inc., Tucson, Arizona
*Vice President Economics Services: 2012 - present*
*Director of Economics Services: 2011 - 2012*
*Case Manager: 2005 - 2011*
*Senior Analyst: 2000 - 2005*
*Analyst: 1998 - 1999*
Old Ina Corporation Tucson, AZ
*Supervisor, Analyst, Manager: 1995 - 1998*

## RESEARCH AND CONSULTING EXPERIENCE

Mr. Stockton manages the analysis of documents, data and markets in the retail automobile industry and other industries. He has provided consultation to automobile dealers and attorneys in numerous areas including:

• Retail automobile franchising, economics and marketing
• Allocation of new vehicles during shortages
• Franchise terminations
• Franchise additions and relocations
• Analysis of manufacturer customer satisfaction measurement programs
• Customer satisfaction measurement
• Sales and profitability forecasts
• Financial analysis
• Statistical and econometric analyses
• Consumer credit
• Economic theory

Tab 1  Page 1

REPRESENTATIVE CLIENT ASSIGNMENTS

*Alfredo's Foreign Cars, Inc., d/b/a Larchmont Chrysler Jeep Dodge v. FCA US LLC*, NY, NY 2019-
Provided deposition testimony.

*Monteville Sloan, Jr., Raul Siqueiros, Todd and Jill Cralley, Joseph Brannan, Larry Goodwin, Marc Perkins, Thomas Shorter, Derick Bradford, Gabriel Del Valle, Kevin Hanneken, Edwin and Katelyn Doepel, Dan Madson, James Faulkner, Joseph Olivier, Scott Smith, Ross Dahl, Drew Peterson, Michael Ware, Steve Kitchen, John Knoll, Barbara Molina, Dennis Vita, William Davis, Jr., Thomas Szep, Mike Warpinski, William Martell, John Graziano, Joshua Byrge, Rudy Sanchez, Christopher Thacker, Kelly Harris, James Robertson, and Jonas Bednarek, Individually and on Behalf of All Others Similarly Situated v. General Motors LLC,* San Francisco, CA, 2019-
Provided deposition testimony.

*George Tershakovec, et al. v Ford Motor Company,* Miami, FL, 2019-
Provided deposition testimony.

*Continental Imports Inc.  d/b/a Mercedes Benz of Austin v Swickard Austin, LLC d/b/a Mercedes Benz of South Austin,* Austin, TX, 2019-
Provided deposition testimony.

*Vista Ford Oxnard, LLC., d/b/a Vista Ford Lincoln of Oxnard v. Ford Motor Company and Ford of Ventura, Inc., d/b/a Ford of Ventura, Intervenor*, Oxnard, CA, 2019-.
Provided deposition testimony.

*Colonial Chevrolet Co., Inc., et al.; Alley's of Kingsport, Inc., et al.; and Union Dodge, Inc., et al. v. The United States*, Washington, DC, 2011-.
Provided deposition and trial testimony.

*Barber Group, Inc., d/b/a Barber Honda v. American Honda Motor Co., Inc., Galpinsfield Automotive, LLC, Intervenor.* Bakersfield, CA, 2018-.
Provided deposition testimony.

*Association of Equipment Manufacturers, AGCO Corporation, CNH Industrial America LLC, Deere & Company, and Kubota Tractor Corporation, v. the Hon. Doug Burgum, Governor of the State of North Dakota, in His Official Capacity, and the Hon. Wayne Stenehjem, Attorney General of the State of North Dakota, in His Official Capacity, and North Dakota Implement Dealers Association, Intervenor-Defendant*, Bismarck, ND, 2018-.
Provided deposition testimony.

Revised 10/28/2019

Tab 1  Page 2

*Napleton's Arlington Heights Motors, Inc. f/k/a Napleton's Palatine Motors, Inc. d/b/a Napleton's Arlington Heights Chrysler Dodge Jeep RAM, an Illinois Corporation; et. al, v FCA US LLC*, Chicago, IL, 2017-.
Provided deposition and hearing testimony.

*Star Houston, Inc. d/b/a Star Motor Cars v. Volvo Cars of North America, LLC,* Houston, TX, 2017-.
Provided deposition and hearing testimony.

*Sioux City Truck Sales, Inc. v. Peterbilt Motors Company*, Sioux City, IA, 2017-.
Provided deposition and hearing testimony.

*Capitol Buick GMC, LLC v. General Motors LLC, Baltimore, MD,* 2017-.
Provided deposition and hearing testimony.

*Crown Chrysler Jeep, Inc. d/b/a Crown Kia v. Kia Motors America*, Columbus, OH, 2017-
Provided deposition and hearing testimony.

*Folsom Chevrolet, Inc. dba Folsom Chevrolet v. General Motors, LLC*, Folsom, CA, 2017-.
Provided deposition and hearing testimony.

*Sunnyvale Automotive Inc., dba Sunnyvale Ford Lincoln v. Ford Motor Company*, Sunnyvale, CA, 2017-.
Provided deposition testimony.

*Omar Vargas, Robert Bertone, Michelle Harris, and Sharon Heberling, individually and on behalf of a class of similarly situated individuals v. Ford Motor Company*, Los Angeles, CA, 2017-.

*Charles Johnson, et al. individually and on behalf of all others similarly situated v. Ford Motor Company,* Huntington, WV, 2017-.
Provided deposition testimony.

*Shawn Panacci v. Volkswagen Aktiengesellschaft, Volkswagen Group Canada, Inc., Audi Aktiengesellschaft, VW Credit Canada, Inc. and Audi Canada,* Toronto, Ontario, Canada, 2017-.

*Rebecca Romeo and Joe Romeo v. Ford Motor Company and Ford Motor Company Canada, Limited,* Toronto, Ontario, Canada, 2017-.
Provided cross-examination testimony.

*Duncan McDonald v. Samsung Electronics Canada, Inc.* Toronto, Ontario, Canada, 2017-.
Provided cross-examination testimony.

Revised 10/28/2019

Tab 1  Page 3

*The Estate of Richard C. Poe, Richard C. Poe II v. Paul O Sergent, Jr., et al.,* El Paso, TX, 2017-
Provided deposition testimony.

*Star Houston, Inc. d/b/a Star Motor Cars v. VCWH. LLC d/b/a Volvo Cars West Houston and Volvo Cars of North America, LLC,* Houston, TX, 2017-.
Provided deposition testimony.

*Option Consommateurs et Francois GrondinPersonne Désignée C. Volkswagen Group Canada Inc. et al.(2L),* Montreal, Quebec, 2017-.

*Option Consommateurs et Francois GrondinPersonne Désignée C. Volkswagen Group Canada Inc. et al. (3L),* Montreal, Quebec, 2017-.

*John M. McIntosh v. Takata Corporation, TK Holdings, Toyota Motor Corporation, Toyota Motor Manufacturing, Canada Inc., and Toyota Motor Manufacturing Indiana, Inc.,* Toronto, Ontario Canada, 2017-

*Rick A. Des-Rosiers and Stephen Kominar v. Takata Corporation, TK Holdings, Honda Motor Co., LTD, Honda of America Manufacturing, Inc., and Honda Canada, Toronto,* Ontario, Canada 2017-.

*Yogesh Kalra v. Mercedes-Benz Canada Inc., Daimler AG, Mercedez-Benz USA LLC and Mercedes-Benz Financial Services Canada Corporation*, Toronto, ON, Canada, 2017-.
Provided cross-examination (deposition) testimony.

*Lake Forest Sports Cars, LTD v. Aston Martin Lagonda of North America, Inc.,* Chicago, IL, 2017.
Provided deposition testimony.

*Shahriar Jabbari and Kaylee Heffelfinger on behalf of themselves and all others similarly situated v. Fargo Company and Wells Fargo Bank, N.A.* San Francisco, CA, 2016-.

*Matthew Robert Quenneville et al. v. Volkswagen Group Canada, Inc.,Volkswagen Aktiengesellschaft, Volkswagen Group of America, Inc., Audi Canada, Audi Aktiengesellschaft, Audi of America, Inc., Inc., and VW Credit Canada, Inc. (2L),* Ontario, Canada, 2016-.

*Matthew Robert Quenneville et al. v. Volkswagen Group Canada, Inc.,Volkswagen Aktiengesellschaft, Volkswagen Group of America, Inc., Audi Canada, Audi Aktiengesellschaft, Audi of America, Inc., Inc., and VW Credit Canada, Inc. (3L),* Ontario, Canada, 2016-.

*Fort Collins Nissan, Inc. d/b/a Tynan's Kia, v. Kia Motors America, Inc.*, Ft. Collins, CO, 2015-.
Provided deposition testimony.

4

Revised 10/28/2019

Tab 1  Page 4

*In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, Napleton et al v. Volkswagen Group of America et al., No. 16-02086*, 2015-.

Above including *J. Bertolet, Inc. et al v. Robert Bosch, LLC and Robert Bosch GmbH.*, MDL No. 02672-CRB (JSC), 2016-.
Provided deposition testimony 8/2019.

*Northwest Hills Chrysler Jeep, LLC; Gengras Chrysler Dodge Jeep, LLC; Crowley Jeep Dodge, Inc.; Papa's Dodge, Inc. v. FCA US, LLC and Mitchell Dodge, Inc.,* Canton, CT, 2015-2017.
Provided deposition and hearing testimony.

*VMDT Partnership, LP, v. Thornbury Township,* Delaware County, Pennsylvania, 2015-.
Provided hearing testimony.

*John Deere Construction & Forestry Company v. Rudd Equipment Company, Inc.*, Houston, TX, 2015-2017.
Provided hearing testimony.

*Ball Automotive Group d/b/a Ball Kia, v. Kia Motors America, Inc.*, San Diego, CA, 2015-2017.
Provided deposition testimony.

*GB Auto Corporation d/b/a Frisco Kia, v. Corinth Automotive Plano, d/b/a Central Kia of Plano, Kia Motors America, Inc. Intervenor*, Dallas, TX, 2015-2017.
Provided deposition testimony.

*Walter Enterprises, Inc., d/b/a Timmons Subaru v. Subaru of America, Inc.*, Long Beach, CA, 2016-2017.
Provided deposition testimony.

*Motor Werks Partners, LP, v. General Motors, LLC*, Chicago, IL, 2015-2017.
Provided deposition testimony.

*Jeff Looper et al., v. FCA US LLC, f/k/a Chrysler Group, LLC, et al.,* California and Texas, 2015-2016.
Provided deposition testimony.

*In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation,* San Francisco, CA*, 2015-2017.*

*Dependable Dodge, Inc. v. Fiat Chrysler Automobiles, Inc.*, Canoga Park, CA, 2015-2017.
Provided deposition and hearing testimony.

Revised 10/28/2019

Tab 1  Page 5

*Wayzata Nissan, LLC v. Nissan North America, Inc., et al.,* Wayzata, MN, 2015-2017.
Provided pre-filed trial testimony.

*Glick Nissan, Inc. v. Nissan North America, Inc.,* Westborough, MA, 2015-2016.

*Volvo Construction Equipment North America, LLC v. Clyde/West, Inc.,* Spokane, WA, 2015.

*General Motors, LLC v. Hall Chevrolet LLC dba Hall Chevrolet,* Virginia Beach, VA, 2015-2016.

*Long Beach Motors, Inc. dba Long Beach Honda v American Honda Motor Co., Inc.,* Long Beach, CA, 2015.

*Tom Matson Dodge Inc. v. FCA US LLC.,* Seattle, WA, 2015.

*Ferrari of Atlanta*, Atlanta, GA 2015.

*Grossinger Autoplex, Inc. v. General Motors, LLC*, Chicago, IL, 2015-2016.
Provided deposition and hearing testimony.

*Mathew Enterprise, Inc. v. Chrysler Group LLC*, San Jose, CA, 2015-2016.
Provided deposition and trial testimony.

*Navistar v. New Baltimore Garage*, Warrenton, VA, 2015-2016.
Provided hearing testimony.

*Mathew Enterprise, Inc., a California Corporation, and Mathew Zaheri, an individual v. Chrysler Group, LLC, a Delaware Liability Company; Chrysler Group Realty Company, LLC, a Delaware Limited Liability Company, and DOES 1-40*, San Jose, CA 2014-2015.
Provided trial and deposition testimony.

*CNH America, LLC n/k/a CNH Industrial America, LLC v. Quinlan's Equipment, Inc.,* Racine, WI, 2014-2015.
Provided deposition testimony.

*Grayson Hyundai, LLC and Twin City Hyundai, Inc., v. Hyundai Motor America*, Knoxville, TN, 2014-2015.
Provided deposition testimony.

*TrueCar, Inc. v. Sonic Automotive, Inc., and Sonic Divisional Operations, LLC, Los Angeles, CA*, 2015-2016.
Provided deposition testimony.

Revised 10/28/2019

Tab 1  Page 6

*TECC, Complaintant v. GM Respondent before the California New Motor Vehicle Board,* Oakland, CA, 2014-15.

*US District Court Southern District of NY in re General Motors LLC Ignition Switch Litigation,* NY, NY, 2014-.

*Feldten, LLC, d/b/a Tennyson Chevrolet v. Keith Lang, Lang Auto Sales, Inc.,Gordon Chevrolet, Inc.,Stewart Management Group, Inc., Scott Rama, Susan Ianni, and Mike Meszaros, and Gordon Chevrolet, Inc.& Stewart Management Group, Inc.* Detroit, MI, 2014-2016.

*Canadian Toyota Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation,* 2014-.

*Jim Hardman, Buick GMC*, Gainsville, GA, 2014-2016.

*Bates Nissan, Inc., v. Nissan North America Inc.,* Killeen, TX, October 2014-2017.
Provided deposition and hearing testimony.

*Recovery Racing, LLC d/b/a Maserati of Fort Lauderdale v. Maserati North America, Inc., and Rick Case Weston, LLC, d/b/a Rick Case Maserati*, Ft. Lauderdale, FL, 2014-.
Provided hearing testimony.

*Sweeten Truck Center, L.C. v. Volvo Trucks North America, a Division of Volvo Group North America, LLC,* Before the Texas Department of Motor Vehicles Motor Vehicle Division, Austin, TX, 2014-.
Provided deposition and hearing testimony.

*Beck Chevrolet Co, Inc. v. General Motors LLC*, New York, NY 2014-2016.
Provided trial testimony.

*BSAG Inc., and Bob Stallings Nissan of Baytown, Inc. v. Baytown Nissan, Inc., Burklein Family Limited Partnership, Nissan North America, Inc., and Frederick W. Burklein*, Harris County, TX 2014-.
Provided deposition testimony.

*Richard C.B. Juca v. Larry H. Miller Corporation*, Peoria, AZ, 2014.

*General Motors, LLC v. Leep Chev, LLC, d/b/a Lujack's Chevrolet,* Scott County, IA. 2014-2015
Provided deposition testimony.

*Century Motors Corporation v. Chrysler Group, LLC et al.*, Wentzville, MO 2014-2015.
Provided deposition and trial testimony.

7

*Keyes European, LLC v. Encino Mercedes, LLC, Steve Zubieta, David Floodquist, Shimon Broshinsky and Does 1-20*, Los Angeles, CA, 2014.

*Ohio Auto Dealers Association*, 2014.

*Transteck, Inc. d/b/a Freightliner of Harrisburg v. Daimler Trucks North America, LLC (Freightliner Trucks Division)*, Harisburg, PA, 2014-2015.

*Butler Toyota et al v. Toyota Motor Sales*, Indianapolis, IN, 2014.

*Wayzata Nissan, LLC v.Nissan North America, Inc., et al.,* Wayzata, MN, 2013-2017.

*Santa Cruz Nissan, Inc., dba Santa Cruz Nissan v. Nissan North America, Inc.*, Santa Cruz, CA 2013-2015.
Provided deposition and hearing testimony.

*Majid Salim v. Henry Khachaturian aka Hank Torian, Torian Holdings, Fremont Automobile Dealership, LLC., and Does 1-20,* Alameda County, CA, 2013-2014.
Provided deposition and trial testimony.

*GMAC v. Lloyd Belt, Lloyd Belt GM Center, Inc., and Lloyd Belt Chrysler, Inc.,* Eldon, MO 2013-2014.
Provided deposition testimony.

*General Motors v. Englewood Auto Group, LLC,* Englewood, NJ, 2012-2014.

*Bob Wade Autoworld v. Ford Motor Company*, Harrisonburg, VA, 2011-2012.
Provided hearing testimony.

*Van Wie Chevrolet, Inc. d/b/a Evans Chevrolet v. General Motors LLC and Sharon Chevrolet, Inc.,* Baldwinsville, NY, 2012-2017.
Provided deposition testimony.

*Midcon Compression L.L.C. v. Loving County Appraisal District,* Loving County, TX, 2013.
Provided deposition testimony.

*Texas Automobile Dealers Association,* Austin, TX, 2013.
Provided hearing testimony before Business and Industry Committee in Texas H.O.R.

*Tyler Automotive,* Niles, MI, 2013.

*Sutton Suzuki,* Matteson, IL 2013.

8

*Carson Toyota/Scion, Cabe Toyota/Scion, Norwalk Toyota/Scion and South Bay Toyota/Scion v. Toyota Motor Sales, U.S.A., Inc.,* Long Beach, CA, 2012-2013.
Provided deposition and hearing testimony.

*James T. Stone, individually, and on Behalf of JDJS Auto Center, Inc. v. Jacob A. DeKoker, Pro Financial, Inc., and JDJS Auto Center, Inc.,* Tyler, TX, 2012.

*New Country Automotive Group,* Saratoga Springs, NY, 2013-.

*Goold Patterson*, Las Vegas, NV, 2012.

*James Rist v. Denise Mueting and the Dominican Sisters of Peace*, Littleton, CO, 2012-2013.

*Law Office of Gary E. Veazey*, Memphis, TN, 2012.

*Randy Reed Nissan,* 2012.

*Arent Fox, LLP,* 2012.

*Chrysler Group, LLC v. Sowell Automotive, Inc. et al.*, 2012-2013.

*Morrie's European Car Sales, Inc. dba Morrie's Cadillac-Saab v. General Motors, LLC,* Minneapolis, MN, 2012-.
Provided deposition testimony.

*Dulles Motorcars, Inc. d/b/a Dulles Subaru v. Subaru of America,* Leesburg, VA, 2012-.
Provided hearing testimony.

*Bowser Cadillac, LLC v. General Motors, LLC v. Rohrich Cadillac, Inc.,* McMurray, PA, 2012-.
Provided hearing testimony.

*In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Expert Report of Products Liability Litigation,* Santa Ana, CA, 2010-.

*Bob Wade Autoworld*, 2012.

*Planet Subaru, John P Morrill, and Jeffrey R. Morrill v. Subaru of New England,* Hanover, MA, 2011-2012.

*Hill Nissan v. Jenkins Nissan*, Winterhaven, FL, 2011-2012.

*Burns & Levinson,* Boston, MA 2011-.

*Brydon, Sweringen & England*, 2011.

Revised 10/28/2019

Tab 1  Page 9

*Napleton Automotive Group,* Chicago, IL, 2011.

*Orloff Imports,* Chicago, IL, 2011.

*Boas International Motors, dba San Francisco Honda,* San Francisco, CA, 2011-.

*Carson CJ, LLC and Kenneth Phillips v. Sonic Automotive, Inc., Sonic-Carson F, Inc, Avalon Ford, Inc. dba Don Kott Chrysler Jeep, and Does 1 - 100,* Los Angeles, CA, 2010-2012. Provided deposition and hearing testimony.

*First United, Inc. A California Corporation dba De La Fuente Cadillac v. General Motors, Greiner Poway, Inc. and Does 1-50,* San Diego, CA, 2012.

*Ionia Automotive Management, LLC and Beverly Kelly v. Berger Motor Sales, Ned Berger, Jr, LC and Ned Berger Jr.,* Mason, MI, 2012-2013.

*Riverside Motorcycle, Inc. dba Skip Fordyce Harley-Davidson v. Harley-Davidson Motor Company,* Riverside, CA, 2011- 2012. Provided deposition and hearing testimony.

*Leep Hyu, LLC, an Iowa Corporation also known as Lujack Hyundai v. Hyundai Motors America, Green Family Hyundai Inc., and Green Family Holdings LLC,* Davenport, Iowa, 2011. Provided trial testimony.

*Royal Motor Sales,* San Francisco, CA, 2011-2012.

*Miller Barondess,* Los Angeles, CA, 2011.

*Brotherhood of Maintenance of Way Employee Division/IBT,* Washington, DC, 2011-.

*Star Houston, Inc., d/b/a Star Motor Cars v. Mercedes-Benz USA, LLC,* Houston, TX, 2010-2013. Provided deposition testimony and hearing testimony.

*Chapman's Las Vegas Dodge, LLC and Prestige Chrysler Jeep Dodge, LLC v. Chrysler Group LLC,* Las Vegas, NV, 2011- 2012. Provided deposition and hearing testimony.

*Laidlaw's Harley-Davidson Sales, Inc. dba Laidlaw's Harley-Davidson v. Harley-Davidson Motor Company,* Sacramento, CA, 2011- 2012. Provided deposition and hearing testimony.

Revised 10/28/2019

Tab 1  Page 10

*Agrillo v. Martinez,* Tucson, AZ, 2011.

*Hyundai of Milford, LLC, d/b/a Key Hyundai v. Hyundai Motor America*, Milford, CT, 2011.

*Houston Mack Sales & Service d/b/a Houston Isuzu Truck, Inc. v. Hayes Leasing Company, Inc. d/b/a Hayes UD Trucks-Houston*, Houston, TX, 2011-2012.

*Bo Beuckmann Ford*, Ellisville, MO, 2011-.

*Boas International Motors dba San Francisco Honda v. American Honda Motor Co.*, San Francisco, CA, 2011.

*Life Quality BMW*, Brooklyn, NY, 2011-2012.

*Forrester Lincoln Mercury v. Ford Motor Company*, Chambersburg, PA, 2011-. Provided hearing testimony.

*North Palm Motors, LLC d/b/a Napleton's North Palm Lincoln Mercury v. Ford Motor Company*, West Palm Beach, FL, 2011.

*Mega RV Corp. v. Mike Thompson Recreational Vehicles*, Irvine, CA, 2010-. Provided deposition testimony.

*Harry W. Zanville, Esq.,* San Diego, CA, 2010-.

*Pond, Athey, Athey & Pond,* Front Royal, VA, 2010-2013.

*Daphne Automotive, LLC dba Eastern Shore Toyota and Shawn Esfahani v. Pensacola Motor Sales d/b/a Bob Tyler Toyota and Fred Keener,* Mobile, AL, 2010-2011.

*Gebhardt v. PCNA*, Boulder, CO, 2011.

*Fields Automotive Group,* Glencoe, IL, 2011.

*Laura Buick-GMC*, Collinsville, IL, 2011.

*Bredemann Family of Dealerships*, Park Ridge, IL, 2011.

*Transteck, Inc. d/b/a Freightliner of Harrisburg,* 2004-

*Bass Sox Mercer,* Tallahassee, FL, 2011-.

*The Collection*, Coral Gables, FL, 2011-2012.

11

*Manning, Leaver, Bruder & Berberich,* Los Angeles, CA, 2010-2012.

*Magic City Ford v. Ford Motor Company*, Roanoke, VA, 2010-2011.

*Bob Wade AutoWorld v. Ford Motor Company*, Harrisonburg, VA, 2010-2011.

*East West Lincoln Mercury*, Landover Hills, MD, 2010-2011.

*Stevens Love,* Longview, TX, 2010-2014.

*JP Chevrolet*, Peru, IL, 2010-2011.

*Bellavia & Gentile*, Mineola, NY, 2010-2011.

*Hayes Leasing v. Wiesner Commercial Truck Center*, Houston, TX, 2010.

*Link-Belt Construction Equipment Company v. Road Machinery & Supplies Co.*, Minneapolis, MN, 2010-2011.
Provided deposition testimony.

*Elliott Equipment Co., Inc. v. Navistar, Inc.*, Easton, Maryland, 2010.
Provided deposition testimony.

*Rally Auto Group, Inc. v. General Motors, LLC,* Palmdale, CA, 2010.
Provided hearing testimony.

*Ron Westphal Chevrolet v. General Motors, LLC,* Aurora, CO, 2010.

*Edmark Auto, Inc., v. General Motors, LLC,* Nampa, ID, 2010.

*Gurley-Leep Dodge, Inc. n/k/a Gurley Leep Dodge, LLC v. Chrysler Group, LLC,* Mishawaka, IN, 2010.

*Gurley-Leep Buick v. General Motors, LLC,* Mishawaka, IN, 2010.

*Leep Chev, LLC, v. General Motors, LLC,* South Bend, IN, 2010.

*Mike Finnin Motors, Inc., v. Chrysler Group LLC*, Dubuque, IA, 2010.
Provided hearing testimony.

*Sedars Motor Co., Inc. and Community Motors of Mason City, Inc. v. General Motors LLC,* Cedar Falls, IA, 2010.

Revised 10/28/2019

Tab 1  Page 12

*Burke, Warren, MacKay & Serritella, P.C.,* Chicago, IL, 2010-.

*First Family, Inc. d/b/a Bredemann Chevrolet v. General Motors, LLC,* Park Ridge, IL, 2010.

*Lou Bachrodt Chevrolet Co. d/b/a Lou Bachrodt Jeep v. Chrysler Group, LLC,* Rockford, IL, 2010.
Provided hearing testimony.

*Cape County Auto Park I, Inc. v. Chrysler Group, LLC,* Cape Girardeau, MO, 2010.
Provided hearing testimony.

*Fury Dodge, LLC v. Chrysler Group, LLC,* Lake Elmo, MN, 2010.
Provided hearing testimony.

*Midtown Motors, Inc., d/b/a John Howard Motors v. Chrysler Group LLC,* Morgantown, WV, 2010.
Provided hearing testimony.

*Deur Speet Motors, Inc. v. General Motors, LLC,* Fremont, MI, 2010.

*Village Chevrolet-Buick-Oldsmobile, Inc. v. General Motors LLC,* Carthage, MO, 2010.

*Arenson & Maas,* Cedar Rapids, IA, 2010-.

*Nyemaster, Goode, West, Hansell & O'Brien, PC,* Des Moines, IA, 2010

*C. Basil Ford, Inc. v. Ford Motor Company*, Buffalo, NY, 2010.

*Leonard, Street & Deinard,* Minneapolis, MN, 2010-2015.

*Dady & Gardner,* Minneapolis, MN, 2010.

*Star Houston, Inc., d/b/a Star Motor Cars v. Mercedes-Benz USA, LLC*, Houston, TX, 2009 - 2015.

*Mente Chevrolet Oldsmobile, Inc., F/K/A Mente Chevrolet, Inc. T/A Mente Chevrolet and Mente Chrysler Dodge, Inc. and Donald M. Mente v. GMAC,* Kutztown, PA, 2009-2011.

*Long-Lewis, Inc. v. Sterling Truck Corporation*, Besemer, AL, 2009-2011.

*Gossett Motor Cars, LLC v. Hyundai Motor America and Homer Skelton Auto Sales, LLC,* Memphis, TN, 2009-2010.

13

*Star Houston, Inc., d/b/a Star Motor Cars v. Mercedes-Benz USA, LLC*, Houston, TX, 2009-.
*In re: CHRYSLER LLC, et al. v. Debtors, Chapter 11,* New York, NY, 2009.

*Cooper and Walinski, LPA,* 2009.

*Jennings Motor Company, Inc., d/b/a Springfield Toyota v. Toyota Motor Sales USA, Inc.,* Springfield, VA, 2008-2010.

*General Motors v. Harry Brown's and (counterclaim) Harry Brown's and Faribault v. General Motors*, Faribault, MN, 2008.
Provided declaration.

*Nick Alexander Imports v. BMW of North America*, Beverly Hills, CA, 2008.

*Monroeville Chrysler v. DaimlerChrysler Motors Company*, Pittsburgh, PA, 2008.

*Bowser Cadillac, LLC v. General Motors Corporation and Saab Cars USA, Inc.,* Pittsburgh, PA, 2008-2009.

*Carlsen Subaru v. Subaru of America, Inc.,* San Francisco, CA, 2008.
Provided deposition and hearing testimony.

*Suburban Dodge of Berwyn, Inc., and Lepetomane XXII, Inc., v. DaimlerChrysler Motors Company, LLC and DaimlerChrysler Financial Services Americas LLC,* Chicago, IL, 2007-2008.
Provided deposition testimony.

*Wiggin & Nourie, P.A.,* Manchester, NH, 2007-2008.

*McCall-T LTD., a Texas limited partnership d/b/a Sterling McCall Toyota & Sterling McCall Scion, et al. v. Gulf States Toyota, Inc., McCall- T LTD., et al. v. Madison Lee Oden et al.,* Houston, TX, 2007-2009.

*Volkswagen of America, Inc., and Aristocrat Volkswagen East, Inc. v. Royal Automotive, Inc., d/b/a Royal Volkswagen,* Orlando, FL, 2007-.

*Myers & Fuller, P.A.,* Tallahassee, FL, 2007-2009.

*Ed Schmidt Pontiac-GMC Truck, Inc. v. DaimlerChrysler Motors Company, LLC*, Perrysburg, OH, 2006-2009.

*Fowler Motors, Inc. v. BMW of North America, LLC,* Conway, SC, 2006-2008.

Revised 10/28/2019

Tab 1  Page 14

*Serpa Automotive Group, Inc. v. Volkswagen of America, Inc.,* Visalia, CA, 2006. Provided deposition and hearing testimony.

*Serra Chevrolet, Inc. d/b/a Serra Kia v. Kia Motors America, Inc., et al.,* Birmingham, AL, 2006-2009.

*Cardenas Enterprises, Inc., d/b/a Cardenas Toyota BMW v. Gulf States Toyota, Inc. and Toyota Motor Sales, USA, Inc.*, Harlingen, TX, 2006.

*North Avenue Auto, Inc., d/b/a Grand Honda v. American Honda Motor Co., Inc. a California Corporation,* Chicago, IL, 2006-2009.

*Saleen, Inc.,* Irvine, CA, 2006-2009.

*Golden Ears Chrysler Dodge Jeep,* Maple Ridge, BC, 2006-2007.

*Action Nissan, Inc. v. Nissan North America, Inc.,* Nyack, NY, 2005-2007.

*Harbor Truck Sales and Services, Inc. d/b/a Baltimore Freightliner v. DaimlerChrysler Motors Company, LLC,* Baltimore, MD, 2005-2007.

*PH Automotive Holding Corporation, d/b/a Pacific Honda, Cush Automotive Group, d/b/a Cush Honda San Diego, Tipton Enterprises, Inc., d/b/a Tipton Honda, Ball Automotive Group, d/b/a Ball Honda v. American Honda Motor Co., Inc.,* San Diego, CA, 2005-2007.

*Rusing & Lopez,* Tucson, AZ, 2005.

*Sonic Automotive, Inc. v. Rene R. Isip, Jr.; RRIJR Auto Group, Ltd., d/b/a Rene Isip Toyota of Lewisville, and John Eagle,* Lewisville, TX, 2005.

*Competitive Engineering, Inc. v. Honeywell International, Inc.,* Tucson, AZ, 2005.

*Century Motors Corporation v. DaimlerChrysler Motors Company, LLC.,* St. Louis, MO, 2005.

*Lone Star Truck Group,* Albuquerque, NM, 2005-2006.

*Thomas Bus Gulf Coast, Inc.*, Houston, TX, 2005.

*Stoops Freightliner*, Indianapolis, IN, 2005-2006.

*Cameron, Worley, Forham, P.C.,* Nashville, TN, 2004-2005.

*Transteck, Inc. d/b/a Freightliner of Harrisburg v. DaimlerChrysler Vans, LLC,* Harrisburg, PA, 2004.

Revised 10/28/2019

Tab 1  Page 15

*Around The Clock Freightliner Group, Inc.,* Oklahoma City, OK, 2004-2006.

*Alamo Freightliner,* San Antonio, TX, 2004-2005.

*GKG Motors, Inc. d/b/a Suzuki of San Antonio v. Cantwell Fielder, Ltd. d/b/a Quality Suzuki and American Suzuki Motor Corporation,* San Antonio, TX, 2004-2007.

*Maple Shade Motor Corporation v. Kia Motors America, Inc.,* Turnersville, NJ, 2004-2006.

*Star Houston, Inc. d/b/a Star Motor Cars, Inc. v. Mercedes-Benz-USA, LLC,* Austin, TX, 2004-2006.

*Perez Investments, Inc. d/b/a Rick Perez Autonet v. DaimlerChrysler Financial, L.L.C. d/b/a Chrysler Financial, L.L.C.; DaimlerChrysler Motors Corporation,* Austin, TX, 2004.

*Mazda Motors of America v. Maple Shade Motor Corporation, d/b/a Maple Shade Mazda et al.,* Maple Shade, NJ, 2004.

*Wickstrom Chevrolet-Pontiac-Buick-GMC. v. General Motors Corporation, Chevrolet Division,* Austin, TX, 2004.

*Sea Coast Chevrolet - Oldsmobile, Inc.* Belmar, NJ, 2004.

*Steve Taub, Inc. d/b/a Taub Audi v. Audi Of America, Inc.,* Santa Monica, CA, 2003.

*Toledo Mack Sales and Service, Inc. v. Mack Truck, Inc.,* Columbus, OH, 2003.

*Cooper & Elliot,* Columbus, OH, 2003.

*Bayshore Ford Truck Sales, Inc., et al. v. Ford Motor Company,* New Castle, DE, 2003-2013.

*Maritime Ventures, LLC; Maritime Motors, Inc. v. City of Norwalk; Norwalk Redevelopment Agency,* Norwalk, CT, 2003.

*Cox Nuclear Pharmacy, Inc. and Accuscan, LLC v. CTI Molecular Imaging, Inc.,* Mobile, AL, 2002-.

*Mazda Motor of America, Inc. v. David J. Phillips Buick-Pontiac, Inc.,* Orange County, CA, 2002- 2003.

*Kimnach Ford,* Norfolk, VA, 2002-.

*Brown & Brown Chevrolet v. General Motors,* Phoenix, AZ, 2002.

16

*New Country Toyota,* Durango, CO, 2002-2003.

*ALCO Cadillac-Pontiac Sales, Inc. v. General Motors Corp. et al,* Englewood Cliffs, NJ, 2001-2003.

*Al Serra Chevrolet, Inc. v. General Motors Corp.,* Flint, MI, 2001.

*Bayou Ford Truck Sales, Inc. d/b/a Bayou City Ford-Sterling v. Sterling Truck Corp.,* Houston, TX, 2001-2002.

*Fred Lavery Company et al. v. Nissan North America, Inc., et al.,* Birmingham, MI, 2000-2002.

*Tamaroff Buick and Sunshine Automotive, Inc. v. American Honda,* Detroit, MI, 2000-2006.

*Applegate Chevrolet, Inc. v. General Motors Corporation* Flint, MI, 2000-2001.

*Anchorage Chrysler Center, Inc. v. DaimlerChrysler Motors Corporation,* Anchorage, AK, 2000-2003.

*Ford Motor Company v. Pollock Motor Co., Inc. f/k/a Pollock Ford Co., Inc., v. Ford Motor Credit,* Gadsden, AL, 1999-2001.

*Suzuki Motor Corporation Japan v. Consumers Union of United States, Inc.,* Orange County, CA, 1999.

*Arata Motor Sales v. American Honda Motor Co., et al.,* Burlingame, CA, 1999.

*Star Motor Cars v. Mercedes-Benz of North America, Inc.,* Houston, TX, 1999.

*Dispatch Management Services Corp., in Aero Special Delivery, Inc. v. United States of America,* San Francisco, CA, 1999-2003 (est).

*Arnold Lincoln Mercury v. Ford Motor Co.,* Detroit, MI, 1999-2000.

*Landmark Chevrolet Corporation v. General Motors Corporation et al,* Houston, TX, 1998-2002.

*Ford Dealers of Greater Toronto,* Toronto, ONT, Canada 1998-2003.

*Volkswagen of America, Inc., et al. v. Pompano Imports, Inc., d.b.a. Vista Motor Company,* Pompano Beach, FL, 1998-1999.

17

Revised 10/28/2019

Tab 1  Page 17

PUBLICATIONS

Joseph S. Goode, Mark M. Leitner, and Ted Stockton, "Franchise and Dealership Litigation Damages" in *The Comprehensive Guide to Economic Damages*, ed. Jonathan Dunnitz and Nancy Fannon, 5th Edition, Business Valuation Resources, 2018.

"Understanding Sales Performance Measurements: How Average Became the New Minimum," *Dealer Law Review*, Issue 14.3, Winter 2014, pp. 1-2.

*White Paper: Customer Satisfaction Measurement,* co-authored with Dr. Ernest H. Manuel, Jr., 2012.

*White Paper: Generalized Retail Sales Effectiveness* [restricted distribution]*,* co-authored with Dr. Ernest H. Manuel, Jr., 2012.

*Time Inspection Study Report of the Brotherhood of Maintenance of Way Employee Division/IBT (BMWED)*, Submitted to The Committee on Transportation and Infrastructure of the House of Representatives and The Committee on Commerce, Science, and Transportation of the Senate, 2011.

*White Paper: Customer Satisfaction,* co-authored with Dr. Ernest H. Manuel, Jr., 2010.

*White Paper: Sales Effectiveness (RSI and MSR): Flaws in Manufacturers' Measurement of Dealers' Sales Performance,* co-authored with Dr. Ernest H. Manuel, Jr., 2010.


OTHER

*Developments in Sales Metrics*, presentation to AutoCPA Group, Sun Valley, Idaho, October 1, 2018.

*Conditional Margin, Tiered Margins, Market Stratification, and Project Pinnacle*, presentation to National Association of Dealer Counsel, with Harry Zanville, April 25, 2017.

*Business Cycles and Fraud,* presentation to AutoCPA Group, September 23, 2016.

*Trends in Franchise Economics and a Theory of Dealer Investment,* presented to CPA group, Oklahoma City, OK, 2014.

"sales expectations vs Sales Expectations," presentation to AutoCPA Group, 2013.

18

Testimony before the Texas House of Representatives on behalf of the Texas Automobile Dealers Association regarding public policy issue related to franchise law, April 9, 2013.

"Navigating the Post-Slump Environment," presentation to Chief Financial Officers Group, Palm Springs, CA, April 2012.

"How Dealers Can Protect Themselves" presentation to AutoCPA Group, 2011.

Minnesota Auto Dealers, issues related to General Motors and Chrysler bankruptcies and dealer arbitrations, 2010.

Arizona Electric Power Cooperative, hourly load forecasting using econometric estimation, 2006.

Revised 10/28/2019

Tab 1  Page 19

**Cases in which Mr. Stockton gave deposition, hearing
or trial testimony during the past four years**

*Alfredo's Foreign Cars, Inc., d/b/a Larchmont Chrysler Jeep Dodge v. FCA US LLC*, (State of New York Department of Motor Vehicles Safety and Business Hearing Bureau**).**
Provided deposition testimony 10/2019.

*Monteville Sloan, Jr., Raul Siqueiros, Todd and Jill Cralley, Joseph Brannan, Larry Goodwin, Marc Perkins, Thomas Shorter, Derick Bradford, Gabriel Del Valle, Kevin Hanneken, Edwin and Katelyn Doepel, Dan Madson, James Faulkner, Joseph Olivier, Scott Smith, Ross Dahl, Drew Peterson, Michael Ware, Steve Kitchen, John Knoll, Barbara Molina, Dennis Vita, William Davis, Jr., Thomas Szep, Mike Warpinski, William Martell, John Graziano, Joshua Byrge, Rudy Sanchez, Christopher Thacker, Kelly Harris, James Robertson, and Jonas Bednarek, Individually and on Behalf of All Others Similarly Situated v. General Motors LLC,* (United States District Court Northern District of California San Francisco Division)
Provided deposition testimony 10/2019.

*George Tershakovec, et al. v Ford Motor Company,* (United States District Court Southern District of Florida)
Provided deposition testimony 9/2019.

*Continental Imports Inc.  d/b/a Mercedes Benz of Austin v Swickard Austin, LLC d/b/a Mercedes Benz of South Austin* (Before the Texas State Office of Administrative Hearings)
Provided deposition testimony 9/2019.

*Vista Ford Oxnard, LLC., d/b/a Vista Ford Lincoln of Oxnard v. Ford Motor Company and Ford of Ventura, Inc., d/b/a Ford of Ventura, Intervenor*, (State of California New Motor Vehicle Board)
Provided deposition testimony 8/2019.

*In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, Napleton et al v. Volkswagen Group of America et al., No. 16-02086, including J. Bertolet, Inc. et al v. Robert Bosch, LLC and Robert Bosch GmbH., MDL No. 02672-CRB (JSC)*, (U.S. District Court Northern District of California, San Francisco Division)
Provided deposition testimony 8/2019.

*JJ Motor Company d/b/a Genesis of Milford v. Genesis Motor America, LLC, and Fairfield Hy, Inc. d/b/a/ Genesis of Fairfield, Intervenor Respondent*, (Connecticut Department of Motor Vehicles)
Provided hearing testimony 5/2019.

*Colonial Chevrolet Co., Inc., et al.; Alley's of Kingsport, Inc., et al.; and Union Dodge, Inc., et al. v. The United States*, (United States Court of Federal Claims)
Provided deposition testimony 10/2018 and trial testimony 4/2019.

Tab 2  Page 1

*Barber Group, Inc., d/b/a Barber Honda v. American Honda Motor Co., Inc., Galpinsfield Automotive, LLC, Intervenor.* (State of California New Motor Vehicle Board)
Provided deposition testimony 1/2019.

*Napleton's Arlington Heights Motors, Inc. f/k/a Napleton's Palatine Motors, Inc. d/b/a Napleton's Arlington Heights Chrysler Dodge Jeep RAM, an Illinois Corporation; et. al, v FCA US LLC,* (U.S. District Court Northern District of Illinois Eastern Division).
Provided deposition testimony 11/2018.

*Association of Equipment Manufacturers, AGCO Corporation, CNH Industrial America LLC, Deere & Company, and Kubota Tractor Corporation, v. the Hon. Doug Burgum, Governor of the State of North Dakota, in His Official Capacity, and the Hon. Wayne Stenehjem, Attorney General of the State of North Dakota, in His Official Capacity, and North Dakota Implement Dealers Association, Intervenor-Defendant* (U.S. District Court, District of North Dakota).
Provided deposition testimony 12/2018.

*Fort Collins Nissan, Inc. d/b/a Tynan's Kia, v. Kia Motors America, Inc.*, (U.S. District Court District of Colorado).
Provided deposition testimony 8/2018.

*Star Houston, Inc. d/b/a Star Motor Cars v. Volvo Cars of North America, LLC*, (Texas State Office of Administrative Hearings).
Provided deposition testimony 8/2018 and hearing testimony 9/2018.

Capitol Buick GMC, LLC v. General Motors LLC, (State of Maryland Before the Motor Vehicle Administration)
Provided deposition testimony 1/2018 and hearing testimony 3/2018.

*Crown Chrysler Jeep, Inc. d/b/a Crown Kia v. Kia Motors America*, (Ohio Motor Vehicle Dealer Board)
Provided deposition testimony 11/2017 and hearing testimony 2/2018-3/2018.

*Folsom Chevrolet, Inc. dba Folsom Chevrolet v. General Motors, LLC*, (State of California New Motor Vehicle Board)
Provided deposition testimony 11/2017 and 2/2018; and hearing testimony 2/2018.

*Sioux City Truck Sales, Inc. v. Peterbilt Motors Company*, (Iowa Department of Inspections and Appeals, Administrative Hearing Division)
Provided deposition and hearing testimony 2/2018.

*Duncan McDonald v. Samsung Electronics Canada, Inc.*, (Ontario Superior Court of Justice)
Provided cross-examination testimony 12/2017.

Revised 10/28/2019

Tab 2  Page 2

*Sunnyvale Automotive Inc., dba Sunnyvale Ford Lincoln v. Ford Motor Company*, (State of California New Motor Vehicle Board)
Provided deposition testimony 10/2017.

*Rebecca Romeo and Joe Romeo v. Ford Motor Company and Ford Motor Company Canada, Limited,* (Ontario Superior Court of Justice)
Provided cross-examination testimony 10/2017.

*Charles Johnson, et al. individually and on behalf of all others similarly situated v. Ford Motor Company*, (U.S. District Court for the Southern District of West Virginia, Huntington Division)
Provided deposition testimony 7/2017.

*Northwest Hills Chrysler Jeep, LLC; Gengras Chrysler Dodge Jeep, LLC; Crowley Jeep Dodge, Inc.; Papa's Dodge, Inc. v. FCA US, LLC and Mitchell Dodge, Inc.*, (Connecticut Department of Motor Vehicles).
Provided deposition testimony 12/2016 and 1/2017, and hearing testimony 5/2017.

*Star Houston, Inc. d/b/a Star Motor Cars v. VCWH. LLC d/b/a Volvo Cars West Houston and Volvo Cars of North America, LLC,* (Texas State Office of Administrative Hearings).
Provided deposition testimony 5/2017.

*In the Matter of the Estate of Richard C. Poe, Richard C. Poe, II v. Paul O. Sergent at al.,* (Probate Court Number One El Paso, TX)
Provided deposition testimony 4/2017

*Ball Automotive Group d/b/a Ball Kia, v. Kia Motors America, Inc.*, (State of California New Motor Vehicle Board).
Provided deposition testimony 4/2017.

*Yogesh Kalra v Mercedes-Benz Canada Inc., Daimler AG, Mercedes-Benz USA LLC and Mercedes-Benz Financial Services Canada Corporation*, (Ontario Superior Court of Justice).
Provided cross-examination (deposition) testimony 3/2017.

*Lake Forest Sports Cars, LTD v. Aston Martin Lagonda of North America, Inc.,* (Motor Vehicle Review Board State of Illinois).
Provided deposition testimony 3/2017.

*GB Auto Corporation d/b/a Frisco Kia, v. Corinth Automotive Plano, d/b/a Central Kia of Plano, Kia Motors America, Inc. Intervenor*, (Texas Department of Motor Vehicles, Motor Vehicle Division).
Provided deposition testimony 2/2017 and 3/2017.

*John Deere Construction & Forestry Company v. Rudd Equipment Company, Inc.*, (American Arbitration Association).
Provided hearing testimony 2/2017.

*Walter Timmons Enterprises, Inc. dba Timmons Subaru v. Subaru of America,* (State of California New Motor Vehicle Board).
Provided deposition testimony 11/2016.

*Motor Werks Partners, LP, v. General Motors, LLC* (United States District Court for the Northern District of Illinois Eastern Division).
Provided deposition testimony 10/2016.

*Mathew Enterprise, Inc. v. FCA f/k/a Chrysler Group LLC,* (U.S. District Court Northern District of California).
Provided deposition testimony 12/2015 and 3/2016, and trial testimony 9/29/16.

*Jeff Looper et al., v. FCA US LLC, f/k/a Chrysler Group, LLC, et al.,* (United States District Court Central District of California, Eastern Division).
Provided deposition testimony 9/2016.

*Dependable Dodge, Inc. v. Fiat Chrysler Automobiles, Inc.*, (State of California New Motor Vehicle Board).
Provided deposition testimony 7/2016 and hearing testimony 9/2016.

*Wayzata Nissan, LLC v. Nissan North America, Inc., et al.,* (State of Minnesota District Court, Fourth Judicial District, Hennepin County).
Provided pre-filed trial testimony 7/2016.

*Grossinger Autoplex, Inc. v. General Motors, LLC,* (Office of the Secretary of State of Illinois before the Motor Vehicle Review Board).
Provided deposition testimony 1/2016 and hearing testimony 3/2016.

*CNH America, LLC n/k/a CNH Industrial America, LLC v. Quinlan's Equipment, Inc.,* (State of Wisconsin Circuit Court Racine County).
Provided deposition testimony 1/2016.

*Navistar v. New Baltimore Garage, Inc.* (Commonwealth of Virginia Department of Motor Vehicles).
Provided hearing testimony 10/2015.

Tab 2  Page 4

Tab 3  Page 1

Tab 3  Page 2



Tab 3  Page 3



Tab 3  Page 4

Tab 3  Page 5

# Pre-Judgment Adjustment Factor*

|  | (1) | (2) | (3) | (4)<br>$[1 + (1)]^{(2)/(3)}$ |
|---|---|---|---|---|
| **Effective Date** | **Rate Per Annum** | **Number of Days Rate Applied** | **Number of Days in Year** | **Effective Date Adjustment Factor** |
| 1/1/2020** | 6.89% | 91 | 366 | 1.0167 |
| 10/1/2019 | 6.89% | 92 | 365 | 1.01694 |
| 7/1/2019 | 6.77% | 92 | 365 | 1.01665 |
| 4/1/2019 | 6.57% | 91 | 365 | 1.01599 |
| 1/1/2019 | 6.33% | 90 | 365 | 1.01525 |
| 10/1/2018 | 6.09% | 92 | 365 | 1.01501 |
| 7/1/2018 | 5.97% | 92 | 365 | 1.01472 |
| 4/1/2018*** | 5.72% | 3 | 365 | 1.00046 |
|  | **Pre-Judgment Adjustment Factor*** |  |  | **1.11722** |

\* The Pre-Judgment Adjustment Factor is equal to the product of the Effective Date Adjustment Factors.

\*\* Assumes judgment date in the 1st quarter of 2020. Assumes Rate Per Annum is equal to the previous quarter's rate.

\*\*\* The suit was filed 6/28/2018, and thus 3 days of the 2nd quarter are necessary for the calculation of the Pre-Judgment Adjustment Factor.

SOURCE: The Fontana Group, Inc.
DATA: Current Judgment Interest Rates, 10/30/2019.
F:\PROG: PREADJ.XLSX:SPRE:14:HTNTHL

Tab 3  Page 6

### Decision Rules

The STATA output below identifies the data contained within the file, how the dataset was inspected for duplicate policy numbers, and what decisions were made regarding duplicate policy numbers and missing data ████████████████████████ ████████████████████████████████████████████████████



████████████████████████████████████████████████████████████████
███████████████████████████

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████



████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████.



Tab 4  Page 1



Tab 4  Page 2

# Data/Documents Reviewed/Relied Upon

No. 8:10ML2151 JVS (FMOx) (C.D. Cal.).

MDL No. 2672 CRB (JSC) (N.D. Cal.).

Court File Nos.: CV-15-537029-00CP [Ontario] and 500-06-000761-151 [Quebec].

Court File No.: CV-16-543833-00CP *et al.*

*Jabbari v. Wells Fargo & Co.*, No. 15-cv-02159-VC (N.D. Cal.).

Gaughan, Patrick A. *Measuring Business Interruption Losses and Other Commercial Damages, 2nd Ed.* John Wiley & Sons, 2009.

*Determining the Value of Donated Property.* www.irs.gov/pub/irs-pdf/p561.pdf.

BATES PGR/LOPEZ_0001083.

"Auction Rules." *IAA,* www.iaai.com/AuctionRules.

Policy Information Data File.

Current Judgment Interest Rates.