# EXHIBIT N

# RE: Lopez IT Data Meeting Tomorrow

From: **Brigman, Matthew** | MBrigman@KSLAW.com   Thursday, Aug 1, 10:10 AM

To: **Ed Zebersky** | EZebersky@zpllp.com

Cc: **McEntyre, Zach** | ZMcEntyre@KSLAW.com, **Mark Fistos** | MFistos@zpllp.com, **Cashdan, Jeff** | JCashdan@KSLAW.com, **Norma Diaz** | NDiaz@zpllp.com

Ed - Per the call we just had, I can confirm that Progressive Select has the ability to identify the names and addresses of the insureds who submitted the claims reflected in the spreadsheet we provided yesterday. We maintain our previously served objections as to providing that information.

Thanks,
Matt