IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JONATHAN MORGAN, on behalf of
himself and all others similarly situated,

Plaintiff,

v.                                                          CASE NO.: 0:18-cv-61844-WPD

PROGRESSIVE SELECT
INSURANCE CO.,

Defendant.
_____/

**DEFENDANT PROGRESSIVE SELECT INSURANCE COMPANY'S
CONSENT MOTION FOR LEAVE TO FILE A SUR-REPLY**

Under Southern District of Florida Local Rule 7.1(c)(1), Defendant Progressive Select Insurance Co. ("Progressive Select") moves the Court for leave to file a sur-reply in opposition to Plaintiff Jonathan Morgan's ("Mr. Morgan") motion for partial summary judgment. Dkt. 160. Progressive Select has conferred with counsel for Mr. Morgan, who do not oppose Progressive Select's request. In support of its motion, Progressive Select states as follows:

1. On June 24, 2020, Mr. Morgan filed a reply in support of his motion for partial summary judgment (the "Reply"). Dkt. 174.

2. In the Reply, Mr. Morgan included an argument regarding the relationship between Section 626.9743(5)(a), Florida Statutes and his claim in this case. Dkt. 174 at 5. Mr. Morgan had not made that argument in his complaint or prior briefing. *See generally* Dkts. 145, 153, 160, 164, 167.

3. Progressive Select believes a short response to that limited section of the Reply is therefore warranted and may assist the Court in deciding Mr. Morgan's motion.

4. Counsel for Progressive Select conferred with counsel for Mr. Morgan, who stated that Mr. Morgan would not oppose a request for leave to file a sur-reply containing one page of argument (*i.e.,* excluding caption, signature block, and certificate of service).

WHEREFORE, Progressive Select respectfully requests that the Court grant Progressive Select leave to file a sur-reply of no more than one page of argument. If granted leave to file a

sur-reply, Progressive Select will file it within three business days of the Court's order. A proposed order is filed contemporaneously herewith for the Court's consideration.

## Certification Under S.D. Fla. L.R. 7.1

On June 25, 2020, Plaintiff's counsel and Defendant's counsel met and conferred through email concerning the relief requested in this motion. Plaintiff's counsel stated that Plaintiff did not oppose the relief requested.

Respectfully submitted this 25th day of June 2020.

>  */s/ Marcy Levine Aldrich*
> Marcy Levine Aldrich (FBN 0968447)
> Bryan T. West (FBN 83526)
> **AKERMAN LLP**
> 98 Southeast Seventh Street
> Miami, Florida 33131
> Telephone: 305-374-5600
> Telefax: 305-374-5095
> marcy.aldrich@akerman.com
> bryan.west@akerman.com
>
> Jeffrey S. Cashdan
> (*pro hac vice* granted)
> Zachary A. McEntyre
> (*pro hac vice* granted)
> J. Matthew Brigman
> (*pro hac vice* granted)
> **KING & SPALDING LLP**
> 1180 Peachtree Street N.E.
> Atlanta, Georgia 30309
> Tel: (404) 572-4600
> Fax: (404) 572-5100
> jcashdan@kslaw.com
> zmcentyre@kslaw.com
> mbrigman@kslaw.com
>
> Julia C. Barrett
> (*pro hac vice* granted)
> **KING & SPALDING LLP**
> 500 W. 2nd Street
> Austin, Texas 78701
> Tel: (512) 457-2000
> Fax: (512) 457-2100
> jbarrett@kslaw.com
> *Counsel for Progressive Select Insurance Co.*

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was filed through the CM/ECF system and served through the CM/ECF system this June 25, 2020.

                                                */s/  Bryan T. West*
                                                Attorney