UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-61844-WPD

JONATHAN MORGAN, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

PROGRESSIVE SELECT
INSURANCE CO.,

    Defendant.

_____/

## ORDER GRANTING SUR-REPLY

THIS CAUSE is before the Court on Defendant Progressive Select Insurance Company's Consent Motion for Leave to File a Sur-Reply [DE 176] (the "Motion"). The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that the Motion [DE 176] is **GRANTED**. Defendant may file a sur-reply of no more than one (1) page of argument on or before **July 3, 2020**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of June, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record