UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-61844-WPD

JONATHAN MORGAN, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

PROGRESSIVE SELECT
INSURANCE CO.,

    Defendant.

_____

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the Court's Order on Motion for Summary Judgment, entered separately today. Pursuant to Fed. R. Civ. P. 58, the Court enters this separate judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Second Amended Complaint [DE 145] is **DISMISSED** for lack of standing.

2. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of September, 2020.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record